IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KEITH RUSSELL JUDD**                                                                   **PLAINTIFF**

      **v.**                 Civil No. 00-5063

**UNITED STATES OF AMERICA**                                 **DEFENDANT**

<u>**O R D E R**</u>

Now on this 2nd day of December, 2005, comes on for consideration plaintiff's **Motion For Relief From Judgment Of Dismissal Under Fed.R.Civ.P., Rule 60(b)** (document #43). The relief sought appears to relate to proceedings involving plaintiff in the United States District Court for the Western District of Texas, and this Court has no jurisdiction over those proceedings. The motion is therefore **denied.**

    **IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**